

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Tasha M. Bradt*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, 7th Floor*
*Newark, NJ 07102*
*Tasha.Bradt@usdoj.gov*

*main: (973) 645-270*
*direct: (609) 858-0305*

August 9, 2026

**<u>Via Electronic Filing</u>**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   *Mieses Ferreras v. Soto et al.,* No. 26-cv-02253 (RK)
> **Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully submit this letter in response to the Court's August 4, 2026 Text Order instructing Respondents to "provide Petitioner with an individualized bond hearing before an immigration judge who shall assess whether [he] presents a flight risk or danger to the community, pursuant to 8 C.F.R. § 236.1(c)(8), (d)(1)" within seven days. ECF No. 6.

Petitioner requested a custody redetermination hearing in March 2026, and on March 17, 2026, an immigration judge released Petitioner from custody under bond of $12,000. *See* Ex. A (Order of Immigration Judge). Accordingly, Respondents respectfully request that the court lift its March 4, 2026 Text Order temporarily enjoining Respondents from transferring Petitioner and close this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:**    August 11, 2026

By:    /s/ *Tasha M. Bradt*
TASHA M. BRADT
Assistant United States Attorney
Deputy Chief, Civil Division
*Attorneys for Respondents*

Cc: Counsel of record (via ECF)

2